**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **MINI DONUT FACTORY, INC.** )<br>    An Illinois corporation           )<br>                                                )<br>        **Plaintiff**                        )<br>    v.                                        )<br>                                                )<br>**MINI DOUGHNUT FACTORY, LLC** )<br>    A Delaware LLC                    )<br>                                                )<br>        **Defendant.**                   ) | Case No. 8:18-cv-01610-SDM-JSS |

**JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's Order dated March 11, 2019 (Dkt. 39.) and instructions to file a notice of mediation indicating the parties' selection of mediator and the mediation date, the Parties are hereby jointly notifying this Court of the selection of Jim Matulis, Esq. as the mediator to conduct a mediation in this matter on May 1, 2019.

Dated: March 15, 2019

Respectfully submitted,

| | |
|---|---|
| [S]/ Arthur A. Fisher, III<br>Arthur A. Fisher, III<br>  Law Office of Arthur W. Fisher, III PA<br>P O Drawer 1219<br>Dunnellon FL 34430-1219<br>mail@tampaiplaw.com<br>*Attorney for Defendant* | [S]/David M. Adler/***Pro hac vice.***<br>David M. Adler, Esq.<br>Illinois Bar No. (6242403)<br>Adler Law Group<br>300 Saunders Road, Suite 100<br>Riverwoods, IL 60015<br>Phone: (866) 734-2568<br>Email: David@adler-law.com<br>*Attorney for Plaintiff*<br><br>and<br><br>[S]/Paul A. Giordano/<br>Florida Bar No. (194190)<br>pgiordano@ralaw.com<br>Roetzel & Andress, LPA<br>2320 First Street<br>Suite 1000<br>Fort Myers, FL  33901<br>Telephone:  239.337.3850<br>*Attorneys for Plaintiff* |